**This order is SIGNED.**

**Dated: January 28, 2021**

JOEL T. MARKER
U.S. Bankruptcy Judge

---

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH

| In re: HOWARD LORNE FACKRELL | Bankruptcy Case No. 11-20658-JTM |
|---|---|
| Debtor(s). | Chapter 13 |

## ORDER GRANTING APPLICATION FOR PAYMENT OF

## UNCLAIMED FUNDS

It appearing that the check made payable to HOWARD L FACKRELL, in the amount of $1,094.25 was not charged against the bank account of the debtor's estate within the ninety-day limit pursuant to 11 U.S.C. § 347 and the case trustee filed an unclaimed funds report to close the account and transfer funds into the registry of the Clerk, United States Bankruptcy Court for the District of Utah, and

It further appearing that HOWARD L FACKRELL (Claimant) now claims the above monies in the application attached hereto,

IT IS ORDERED, that the Clerk of the Bankruptcy Court may pay the sum of $1,094.25 to HOWARD L FACKRELL.

-----------------------------------END OF ORDER-----------------------------------